**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  David Mark Lachendro, | : | Bankruptcy Case No.: 25-23020-JCM |
| Emily Adele Lachendro, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| David Mark Lachendro, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.:    38 |
| v. | : | |
| | : | |
| Wabtec Corporation, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage

Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the

address listed below on March 26, 2026, via first class mail postage prepaid:

**Wabtec Corporation.
Attn: Payroll Administrator
600 Barkeyville Road
Ingomar, PA 15127**

Executed on:   March 26, 2026

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for
Debtor