**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: David Mark Lachendro, | : | Bankruptcy Case No.: 25-23020-JCM |
| Emily Adele Lachendro, | : | |
| | : | |
| Debtors. | : | Chapter 13 |
| | : | |
| Emily Adele Lachendro, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.:   39 |
| v. | : | |
| | : | |
| Concordia Visit Nurses, | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew Gillespie, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on March 26, 2026, via first class mail postage prepaid:

**Concordia Visit Nurses
Attn: Payroll Administrator
613 N Pike Road
Cabot, PA 16023**

Executed on:  March 26, 2026

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

301 Smith Drive, Suite 6, Cranberry Township, PA 16066
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor