**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David Mark Lachendro, | : | Bankruptcy No. 25-23020-JCM |
| Emily Adele Lachendro, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| _____ | : | |
| David Mark Lachendro, | : | Document No.: |
| Emily Adele Lachendro, | : | |
| | : | Related Document No.: |
| Movants, | : | |
| | : | Related Claim No.: 6 |
| v. | : | |
| | : | Hearing Date & Time: |
| LVNV Funding, LLC, | : | April 21, 2026 at 1:30 p.m. |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Matthew Gillespie, hereby certify that a copy of the Debtor's Objection to Proof of

Claim No. 6,  Proposed Order, and Notice of Hearing was served by First Class U.S. mail

postage prepaid on March 27, 2026, on the interested parties as indicated below:

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Dated: March 27, 2026

/s/ Matthew Gillespie
Matthew Gillespie, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mgillespie@thompsonattorney.com