**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: David Mark Lachendro, | : | Bankruptcy No. 25-23020-JCM |
| Emily Adele Lachendro, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| David Mark Lachendro, | : | Document No.: |
| Emily Adele Lachendro, | : | |
| | : | Related Document No.:   43 & 44 |
| Movants, | : | |
| | : | Related Claim No.: 6 |
| v. | : | |
| | : | Hearing Date & Time: |
| LVNV Funding, LLC, | : | April 21, 2026 at 1:30 p.m. |
| Respondent. | | |

**CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO PROOF OF CLAIM NO. 6**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on March 27, 2026, at Document No. 43 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting Hearing and Response Deadline at Document No.44, Objections were to be filed and served no later than April 13, 2026.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Objection recorded at Document No. 43 be entered by the Court.

Date: <u>April 14, 2026</u>

<u>/s/ Brian C. Thompson</u>
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com